IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

OMAR BERNARD,

*Defendant.*

CRIMINAL ACTION
NO. 20-00208

## ORDER

**AND NOW**, this 2nd day of November 2020, upon consideration of Defendant's Motion to Suppress (ECF No. 14), the Government's Response (ECF No. 15), and following a hearing held on October 19, 2020 (ECF No. 19), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.