IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

OMAR BERNARD,

*Defendant*.

CRIMINAL ACTION
NO. 20-cr-208

## ORDER

**AND NOW**, this 21st day of July 2021, upon consideration of Omar Bernard's Motion *in Limine* to Exclude Evidence under Federal Rule of Evidence 609 (ECF 40), the Government's Response (ECF 41) and oral argument on the Motion (ECF 45) it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1